**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Gregory Wright, Petitioner.

Appellate Case No. 2013-001973

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Sumter County
Michael G. Nettles, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-011
Heard March 4, 2015 – Filed March 18, 2015

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Robert M. Pachak, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Assistant Attorney General William M. Blitch, Jr.,  both of Columbia, for Respondent.

**PER CURIAM:**  We granted the petition for a writ of certiorari to review the Court of Appeals' decision in *State v. Wright*, Op. No. 2013–UP–326 (S.C. Ct. App. filed July 17, 2013).  The writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**